994 So.2d 454 (2008)
Andres PUENTES, Appellant,
v.
Gloria TREVI, Appellee.
No. 3D08-90.
District Court of Appeal of Florida, Third District.
October 29, 2008.
M. Keith Marshall, Dania, for appellant.
Richard J. Diaz and Ophelia M. Valls, for appellee.
Before GERSTEN, C.J., and RAMIREZ, J., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Kinney Sys., Inc. v. Cont'l Ins. Co., 674 So.2d 86 (Fla.1996); Della-Donna v. Gore Newspaper Co., 390 So.2d 87 (Fla. 3d DCA 1980).